

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ANGELA THOMAS,

Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Civil Action No. 7:14-cv-100
(DNH/RFT)

**CONSENT ORDER TO REMAND UNDER SENTENCE 4 OF 42 U.S.C. § 405(g)**

This matter having been opened to the Court by RICHARD S. HARTUNIAN, Acting United States Attorney for the Northern District of New York, attorney for Defendant, Robert R. Schriver, Special Assistant United States Attorney, of counsel, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this 13th day of August, 2014;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for further administrative action, and it is further

ORDERED that the within matter, be and hereby is, DISMISSED in accordance with the decision in *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

_____
HON. DAVID N. HURD, U.S. District Judge
United States District Court

The undersigned hereby consent to the form and entry of the within order:

Dated: August 11, 2014

                RICHARD S. HARTUNIAN
                United States Attorney

By: /s/ Robert R. Schriver
                Robert R. Schriver
                Special Assistant U.S. Attorney
                Attorney for Defendant


                Conboy, McKay Law Firm

By:   /s/ Peter L. Walton
                Peter L. Walton
                Attorney for Plaintiff