UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK



ANGELA THOMAS,

    Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Civil Action No. 7:14-cv-100
(DNH/RFT)

**FINAL JUDGMENT**

This matter having been REMANDED and DISMISSED by the Court upon stipulation of the parties pursuant to 42 U.S.C. § 405(g) and in conformity with Fed. R. Civ. P. 58,

IT IS, on this 13th day of August, 2014,

ORDERED and ADJUDGED that the within matter be, and hereby is REMANDED for further proceedings and DISMISSED.

_____
HON. DAVID N. HURD, U.S. District Judge
United States District Court